IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 21 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAMON SANTELLANA, MARIA ISABEL SANTELLANA, DAVID LOPEZ AND LINDA LOPEZ<br><br>VS.<br><br>CHARMING CASTLE, L.L.C., D/B/A INDIES HOUSE | CIVIL ACTION NO. B-04-082 |

**DEFENDANT CHARMING CASTLE, L.L.C. D/B/A INDIES HOUSE'S LIST OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant CHARMING CASTLE, L.L.C., D/B/A INDIES HOUSE and files **DEFENDANT CHARMING CASTLE, L.L.C., D/B/A INDIES HOUSE'S LIST OF INTERESTED PARTIES** and would show the Court as follows:

**I.**

Pursuant to the court's order of conference dated May 7, 2004, Defendant provides the following list of potentially interested parties:

1. Charming Castle, L.L.C. d/b/a Indies House

2. Ramon Santellana, Maria Isabel Santellana, David Lopez and Linda Lopez

3. Gene McCullough, Plaintiffs' counsel

4. Barry Ray, Craig H. Vittitoe, Roger Hughes and Adams & Graham, attorneys for Defendant Charming Castle L.L.C., d/b/a Indies House.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: _____
BARRY RAY
State Bar No. 16606355
Fed. I.D. No. 15705
CRAIG H. VITTITOE
State Bar No. 20593900
Fed. I.D. No. 18756
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for *Defendant*, CHARMING CASTLE, LLC
D/B/A INDIES HOUSE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 21st day of May 2004, to the following counsel of record and interested parties:

Mr. Gene McCullough    *Via Facsimile No. (956) 423-4976 and Regular Mail*
McCullough and McCullough
P. O. Box 2244
Harlingen, TX 78551-2244

_____
BARRY RAY