UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMON SANTELLANA, MARIA ISABEL SANTELLANA, DAVID LOPEZ AND LINDA LOPEZ | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-082 |
| CHARMING CASTLE, LLC d/b/a INDIES HOUSE | § § | |

## PLAINTIFFS' LIST OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs, Ramon Santellana, Maria Isabel Santellana, David Lopez and Linda Lopez to file Plaintiffs' List of interested parties and states as follows:

**I.**

Pursuant to the court's order of conference dated May 7, 2004, Plaintiffs provide the following list of potentially interested parties:

1. Plaintiffs:            Ramon Santellana, Maria Isabell Santellana, David Lopez and
                          Linda Lopez

2. Plaintiffs' Attorney:  Gene McCullough

3. Defendant:             Charming Castle, LLC D/B/A Indies House

4. Defendant's Attorneys: Barry Ray, Craig H. Vittitoe, Roger Hughes and Adams & Graham

Respectfully submitted,

MCCULLOUGH AND MCCULLOUGH
P.O. Box 2244
323 E. Jackson St.
Harlingen, Texas 78551-2244
Tel. (956) 423-1234
Fax (956) 423-4976

BY: _____
Gene McCullough
State Bar No. 00794267
Federal I.D. No. 19292
Attorney for Plaintiffs Ramon Santellana, Maria
Isabel Santellana, David Lopez and Linda Lopez

## CERTIFICATE OF SERVICE

I certify that on May 21, 2004, a true and correct copy of *Plaintiffs' List of Interested Parties* was served to each person listed below by the method indicated.

Via 1st Class U.S. Mail
Barry Ray
P.O. Box 1429
222 E. Van Buren, West Tower
Harlingen, Texas 78551
Attorney for Defendant
Charming Castle, L. L.C., d/b/a Indies House