United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUL 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMON SANTELLANA, MARIA ISABEL | § | |
| SANTELLANA , DAVID LOPEZ AND LINDA | § | |
| LOPEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-082 |
| | § | |
| CHARMING CASTLE, LLC | § | |
| d/b/a INDIES HOUSE | § | |

## PLAINTIFFS' MOTION TO DISMISS CAUSE OF ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Ramon Santellana, Maria Isabel Santellana, David Lopez, and Linda

Lopez, request this Honorable Court to dismiss for the grounds set forth herein.

I.

A.     Plaintiffs request dismissal because they no longer desire to prosecute this suit

against Defendant.  The party asks the Court to dismiss the action brought by Plaintiffs with

prejudice.

WHEREFORE, Plaintiffs request this Honorable Court to grant this motion to dismiss with

prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

McCullough & McCullough, Attorneys at Law

By: _____
Gene McCullough
Texas Bar No. 00794167
323 East Jackson St./P.O. Box 2244
Harlingen, Texas 78551-2244
Tel.(956)423-1234/Fax. (956)423-4976
Attorney for Plaintiffs
Ramon Santellana, Maria Isabel Santellana, David
Lopez and Linda Lopez

## CERTIFICATE OF CONFERENCE

I certify that on June 15, 2004 I spoke with Barry Ray, one of the attorneys of record for the Defendant, via telephone, and both parties agreed on the motion to dismiss without prejudice.

_____
Gene McCullough

## CERTIFICATE OF SERVICE

I certify that on July____/____, 2004 a true and correct copy of Plaintiffs' Motion to Dismiss was served to each person indicated below by the method indicated.

Via U.S. 1st Class Mail
Barry Ray
Attorney for Defendant
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

_____
Gene McCullough