

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAMON SANTELLANA, MARIA ISABEL SANTELLANA, DAVID LOPEZ AND LINDA LOPEZ | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-082 |
| CHARMING CASTLE, LLC d/b/a INDIES HOUSE | § § | |

## ORDER DISMISSING CAUSE OF ACTION

On July 7, 2004, the Court considered the Plaintiffs' Motion to Dismiss and the arguments of counsel. After due consideration of the Motion, the Response thereto, and the arguments of counsel, the Court finds the motion is due to be **GRANTED** and orders the following:

Cause Number B-04-082 is **DISMISSED, With Prejudice**.

Signed on: July 7, 2004.

_____
PRESIDING JUDGE